Entered on Docket August 23, 2019

**Below is the Order of the Court.**



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

MICHAEL T. JONES and

WANDA LYN SANFORD,
    Debtor(s).

Case No. 18-42548-BDL

ORDER APPROVING ATTORNEY'S
COMPENSATION

THIS MATTER came before the Court on the Attorney's Application for Compensation in a Chapter 13 Case filed by Shoemaker & Dart, P.S., Inc. ("Applicant"). Based on the application,

It is hereby ORDERED that:

1.    Applicant is awarded compensation of $748.76 as an administrative expense under 11 U.S.C. § 503(b).

2.    The compensation shall be paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).

3.    Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to debtor(s) in care of the Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

/ / /End of Order/ / /

Presented by:
 /s/ Kathleen Shoemaker
_____
Kathleen V. Shoemaker, WSBA #27358
Of Attorneys for Debtor

Order Approving Attorney's Compensation
Local Forms W.D. Wash. Bankr., Form 13-10
Eff. 12/14

**Shoemaker & Dart, P.S., Inc.**
**6706 24th Street W, Suite A**
**Tacoma, WA 98466**
**253-365-6363**